UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
REDDING BRANCH

UNITED STATES OF AMERICA

vs.

RYAN G. THALLMAYER

CASE NO.  3:11-mj-0022 CMK

ORDER TO PAY

The Defendant, having been found guilty of Count 2, after entry of guilty plea thereto, is

ORDERED TO PAY THE FOLLOWING:

Count 2     Fine: $115.00     Assessment: $10.00     Processing Fee: $25.00

(X )     TOTAL OF $150.00 payable forthwith.

Counts 1, 3 and 4 are dismissed on motion of the government.

DATED:  April 6, 2012

_____
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE